IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

__Southern__ DIVISION

_Charles Lester Ammons_

------------------------------)

------------------------------)

(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. __7:23-cv-1048-BO__

(To be assigned
by the Clerk of
District Court)

vs.

_Jodie McCall_ )

------------------------------)

------------------------------)

------------------------------)

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

Plaintiff resides at:__4340 Caryln Ave__
_____Shallotte, N.C._____
_____28470_____

----------------------------------------------------------------

----------------------------------------------------------------

Defendant(s)name(s) and address(es), if known: _____

----------------------------------------------------------------

1

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

Jurisdiction in this court is based on: _____

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

The acts complainted of in this suit concern: *To whom it CONCERNS Zander Ammons WAS Child Neglected And misuse of A firearm on A Juvenile.*

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)


I seek the following relief:

RESTITUTION
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

3

JuNE 5, 2023
Date

_____
Signature of Plaintiff

4340 Carylin Ave
Shallotte, N.C.
(615) 854-3861                    28470
Address and Telephone Number of Plaintiff

4