UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


CHARLES LESTER AMMONS and )
JUVENILE Z.A., )
 )
                    Plaintiffs, )
 )
     v. )          **JUDGMENT**
 )
JODIE McCALL, BRUNSWICK COUNTY DSS, )    7:23-CV-1048-BO-KS
BRUNSWICK COUNTY SHERIFF'S OFFICE, )
TIMOTHY BERKERY, BRANDON SMITH, )
CATHY LYNCH, and  W. FRED GORE, )
 )
                    Defendants. )
 )

Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R is ADOPTED,  Plaintiff's
complaint [DE 7] is hereby DISMISSED.

This case is closed.


**This judgment filed and entered on September 26, 2023, and served on:**
Charles Lester Ammons (via US Mail to 4340 Carlyn Ave., Sharlotte NC 28470)




                                        PETER A. MOORE, JR., CLERK

September 26, 2023
                                         /s/ Lindsay Stouch
                                        By: Deputy Clerk